# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Frankie Lamar Moore Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00147-MR |
| | ) | 1:08-cr-00101-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2018, Memorandum of Decision and Order.

March 16, 2018

Frank G. Johns, Clerk
United States District Court